# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LORI MAJORS, #28508-078 | § | |
| | § | |
| VS. | § | CIVIL NO. 4:23-cv-144 |
| | § | CRIMINAL NO. 4:19-cr-21(1) |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #21), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 3, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that Movant's claims and lawsuit against Defendants be dismissed with prejudice. Movant filed objections. (Dkt. #24).

Movant reurges the issues in her § 2255 motion. The Court has reviewed the tendered objections, and they generally add nothing new to Movant's prior contentions to this case. Despite her arguments, Movant fails to show that the Report is in error or that she is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made *de novo* review of the objections raised by Movant to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE